**UNDER SEAL**

FILED
CHARLOTTE, NC
JUL 2 0 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:20-cr-386-FDW |
| ) | |
| v. ) | |
| ) | *UNDER SEAL* |
| (3) BRANDON GENE MASSEY ) | |
| (4) ERIC DEWAYNE PENLEY ) | |
| (5) SAMANTHA NICOLE MASSEY ) | |

## ORDER SEALING INDICTMENT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Second Superseding Bill of Indictment, the Arrest Warrant for newly added Defendant (5) Samantha Nicole Massey, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Second Superseding Bill of Indictment, the Arrest Warrant for newly added Defendant (5) Samantha Nicole Massey, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 20th day of July 2021.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE