UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20Cr386-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| BRANDON GENE MASSEY, | ) | |
| Defendant. | ) | |

THE UNITED STATES OF AMERICA submits this Appeal of the Magistrate Judge's Text-Only Order Denying the United States Motion to Revoke Bond and Return Defendant to Jail (Doc. No. 141). Upon review of the record in this case, the Court DENIES the appeal. The Defendant will remain on Bond under the conditions set by the Magistrate Judge.

IT IS SO ORDERED.

Signed: November 1, 2021

Frank D. Whitney
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants.