UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00386-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BRANDON GENE MASSEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Stay, (Doc. No. 259), the proceedings in his pending motion for compassionate release. For the reasons set forth below, Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

In support of his motion to stay, Defendant represents he is pending transfer to a new BOP facility. According to the docket, Defendant was previously housed at FCI Butner II. Defendant asks this Court to stay the proceedings because he believes he may remain in transit for several weeks, and thereafter he expects some delay before he is reunited with his personal effects, including legal papers. The BOP website now indicates Defendant is located at FCI Atlanta, not at FCI Butner II or in transit. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited June 18, 2024). Because it appears BOP and the U.S. Marshal Service transferred Defendant to his new facility expeditiously, the Court will not stay these proceedings indefinitely. However, in light of Defendant's transfer the Court will further extend his deadline to supplement his motion for compassionate release. (See Doc. No. 256.)

**IT IS THEREFORE ORDERED** that Defendant's Motion to Stay, (Doc. No. 259), is **GRANTED IN PART** and **DENIED IN PART**.

1

**IT IS FURTHER ORDERED** that Defendant may supplement his pending motion for compassionate release, (Doc. No. 253), no later than August 16, 2024.

**IT IS SO ORDERED.**

Signed: June 18, 2024

Frank D. Whitney
United States District Judge