# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CR-00386-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BRANDON GENE MASSEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release, (Doc. Nos. 253, 257, 265), and Motion to Stay, (Doc. No. 267).

Defendant requests the Court stay any final decision on his pending Motion for Compassionate Release while his appeal of his conviction and sentence remained pending. (Doc. No. 267, p. 1.) On October 16, 2024, the Fourth Circuit Court of Appeals affirmed Defendant's conviction and sentence. (Doc. No. 269.) For this reason, the Court sees no reason to stay proceedings on Defendant's Motion for Compassionate Release, and Defendant's Motion to Stay is DENIED. Further, after reviewing the Defendant's Motion for Compassionate release, the Court **DIRECTS** the United States to file a response to the Motion within thirty (30) days of this Order. Defendant shall have thirty (30) days after service of the United States's response to file a final reply brief.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Stay, (Doc. No. 267), is **DENIED**.

**IT IS FURTHER ORDERED** that the United States is **DIRECTED** to file a response to Defendant's Motion within thirty (30) days of this Order.

**IT IS SO ORDERED.**

1

Signed: October 21, 2024

Frank D. Whitney
United States District Judge